UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. MOSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-1604 CAS |
| ) | |
| CITY OF FRONTENAC, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon review of the Court file, the Court notes there has been no responsive pleading filed in this action since the Court's order granting defendant City of Frontenac, Missouri, until February 1, 2007 in which to file its answer or other responsive pleading.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file separate motions for entry of default by the Clerk of the Court under Federal Rule of Civil Procedure 55(a) and for default judgment under Rule 55(b), supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

**Failure to comply with this order may result in dismissal of this matter without prejudice.**

_/s/ Charles A. Shaw_
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  12th   day of February, 2007.